UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――x

Simon Zarour,

       Appellant(s),

  -against-                                21 Civ. 6967 (CM) (JCM)

U.S. Bank, National Association, et al.,

       Appellee(s),

―――――――――――――――――――――――――x

## ORDER

McMahon, J.:

    The Court has set the following briefing schedule on this Bankruptcy appeal. Appellant's brief is due September 20, 2021; Appellees' opposition brief is due October 22, 2021; Appellant's reply brief is due November 5, 2021.

SO ORDERED:

*/s/ Colleen McMahon*

United States District Judge

Dated: August 20, 2021
New York, New York