UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In Re:

SIMON ZAROUR,
                 Debtor,

--------------------------------------------------------------x

SIMON ZAROUR,
                 Appellant,

v.

U.S. BANK, NATIONAL ASSOCIATION, as
Trustee for Citigroup Mortgage Loan Trust
Inc., and DEUTSCHE BANK NATIONAL
TRUST COMPANY, as Trustee for American
Home Mortgage Assets Trust 2007-3,
                 Appellees.
--------------------------------------------------------------x

**ORDER**

21 CV 6967 (VB)

      The above-captioned bankruptcy appeal having been docketed in the District Court on August 18, 2021, and re-assigned to the Hon. Vincent L. Briccetti on October 8, 2021, it is HEREBY ORDERED:

      1.    Appellant's request in his September 13, 2021, letter to Judge Colleen McMahon for an extension of time to file his appellant's brief is GRANTED. The briefing schedule shall proceed as follows:

         a.    By **December 13, 2021**, appellant shall serve and file his brief.

         b.    By **January 12, 2022**, appellees shall serve and file their brief.

         c.    By **January 26, 2022**, appellant may serve and file a reply brief.

      2.    The parties shall promptly provide to the Court a suitably bound courtesy copy of the Joint Appendix or other compilation(s) comprising the documents designated for the record on appeal, as well as courtesy copies of their briefs and other filings in connection with the appeal.

3. A telephone conference will be held herein on <u>November 8, 2021, at 10:00 a.m.</u> Appellant and counsel for appellee shall attend the conference by calling the following number and entering the access code when requested:

**Dial-In Number:**   (888) 363-4749 (toll free) <u>or</u> (215) 446-3662

**Access Code:**   1703567

4. The parties shall confer at least 14 days prior to the date set forth in paragraph 3 to discuss the following matters: (i) settlement; (ii) whether mediation might facilitate resolution of the issues; and (iii) a schedule for any further submissions that may be required in connection with the appeal. The parties or their counsel must be prepared to discuss the foregoing at the conference.

5. Counsel attending the conference must seek settlement authority from their respective clients prior to such conference. If counsel is not granted such authority, the client must be present in person or available by telephone so that a settlement can be consummated if possible.

Dated: October 13, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge